OPINION — AG — ** REAL PROPERTY — SELL — BOND ** (1) THE OKLAHOMA STATE BOARD OF PUBLIC AFFAIRS MAY 'NOT' SELL REAL PROPERTY ACQUIRED BY THE STATE OF OKLAHOMA AS THE RESULT OF DISTRICT COURT BOND FORFEITURES BECAUSE THE DUTY AND AUTHORITY TO MAKE SUCH SALES IS PLACED UPON THE DISTRICT ATTORNEY WHO PROSECUTES THE BAIL BOND FORFEITURE. (2) THE PROCEEDS OF SUCH SALES ARE PAID TO THE DISTRICT COURT FOR DEPOSIT IN THE COURT FUND. (COURT FUND, BOND FORFEITURES JUDGEMENTS, JUDGMENT, PROPERTY BONDS, BAIL BONDS, EXECUTIONS, COURT CLERK, CONVEYANCE, LIEN) CITE: 12 O.S. 731 [12-731], 12 O.S. 775 [12-775], 20 O.S. 1301 [20-1301] [20-1301], 22 O.S. 1101 [22-1101], 22 O.S. 1108 [22-1108] [22-1108], 22 O.S. 1108 [22-1108](A), 59 O.S. 1324 [59-1324] [59-1324], 59 O.S. 1330 [59-1330], 59 O.S. 1332 [59-1332] [59-1332] (JAMES B. FRANKS)